# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

  Plaintiff,

v.  CASE NO. 23-40018-TC

**JOSHUAH TAYLOR BLAKE,**

  Defendant.

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**Possession of a Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)]**

On or about February 2, 2023, in the District of Kansas, the defendant,

**JOSHUAH TAYLOR BLAKE,**

knowing he had previously been sentenced of a crime punishable by imprisonment for a term exceeding one year, namely, Possession with Intent to Distribute a Controlled Substance, in violation of K.S.A. 65-4105, in the case of *State of Kansas v. Joshuah Taylor*

1

*Marcus Blake*, Saline County, Kansas District Court, Case No. 2017-CR-000844, knowingly possessed a firearm in and affecting interstate commerce, namely, a

>Glock
>Model 19 Gen 4
>9 mm Caliber Pistol
>Serial No. AEMY557

the firearm having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(8).

## **FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

>A.  Glock
>    Model 19 Gen 4
>    9 mm Caliber Pistol
>    Serial No. AEMY557
>B.  Ammunition

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

April 26, 2023            s/Foreperson
DATE                        FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Stephen A. Hunting*
Stephen A. Hunting
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: stephen.hunting@usdoj.gov
Ks. S. Ct. No. 21648

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## **PENALTIES**

**Count 1**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.